# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY L. TICE, | No. 4:23-CV-00823 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PSP TROOPER TYLER PRISK and WILLIAM CORY STOCKER, | |
| Defendants. | |

## ORDER

### OCTOBER 24, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 22) is **DENIED**.

2. Defendant's answer to the complaint is due no later than 14 days after this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge