# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| Randy L. Tice | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:23-CV-823 |
| PSP Trooper Tyler Prisk et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment is entered in favor of Defendant Stocker and Defendant Trooper Prisk.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Karoline Mehalchick   on a motion for   summary judgment.

Date:   09/29/2025

CLERK OF COURT

s/Corey Wimmer

*Signature of Clerk or Deputy Clerk*